UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OLEG SOLOUK, OLEXIY SOLOUK, OREST YAKYMIV, VYACHESLAV MYKOLAVICH ZINCHENCO, LUKE KOCH and ERIK LARSON,

                                    Plaintiffs,

-against-

EUROPEAN COPPER SPECIALITIES, INC., STALCO CONSTRUCTION, INC., ANTE MARKOTA, KEVIN G. HARNEY, ALAN NAHMIAS, JOSEPH SERPE, and Individuals John Does 1-5

                                    Defendants.
------------------------------------------------------------------------X

Index No.: 14-CV-8954 (VEC)(DF)

NOTICE OF MOTION

> The motion is granted. The Clerk of Court is directed to amend the caption of this case as set out below.
>
> Dated: 7/22/2020
> SO ORDERED
>
> *[signature]*
> DEBRA FREEMAN
> United States Magistrate Judge

**PLEASE TAKE NOTICE** that upon the declaration of Arlene F. Boop, Esq. dated June 16, 2020 and the Exhibts appended thereto, Plaintiffs will move this Court at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312 on a date and time as directed by the Court. for an Order pursuant to Federal Rule of Civil Procedure 25(a), substituting Plaintiff Oleg Solouk as Administrator of the Estate of Oiexiy Solouk for purposes of this litigation in the stead of said Olexiy Solouk and directing the Clerk of Court to amend the caption accordingly so that said caption shall hereafter read:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------
OLEG SOLOUK,  OLEG SOLOUK AS ADMINISTRATOR OF THE ESTATE OF OLEXIY SOLOUK, OREST YAKYMIV, VYACHESLAV MYKOLAVICH ZINCHENCO, LUKE KOCH and ERIC LARSEN,

                                Plaintiffs,

-against-

EUROPEAN COPPER SPECIALTIES, INC., STALCO

14-CV-8954 (VEC)(DF)

1

CONSTRUCTION, INC., ANTE MARKOTA,
KEVIN G. HARNEY, ALAN NAHMIAS, JOSEPH SERPE,
and IndividualsJohn Does 1-5,

       Defendants.
--------------------------------------------------------------------------

  and for such other and further relief as to this Court may seem just and proper.

Dated: New York, New York
    June 16, 2020

                  Yours etc.,

                  ALTERMAN & BOOP LLP

                  By:  /s/Arlene F. Boop
                    ARLENE F. BOOP
                  99 Hudson Street - 8th Floor
                  New York, New York 10013
                  (212) 226-2800
                  *aboop@altermanboop.com*
                  *Attorney for Plaintiff*

              : **GREEN SAVITS, LLC**

                  By: /s/ Glen D. Savits
                    Glen D. Savits, Esq.
                  25B Vreeland Road, Suite 207
                  Florham Park, NJ  07932
                  Tel.: (973) 695-7777
                  gsavis@greensavits.com
                  *Attorney for Plaintiff*

To: Joseph Assalta, Esq.
   **FORCHELLI, CURTO, DEEGAN,**
   **SCHWARTZ, MINEO & TERRANA, LLP**

   333 Earle Ovington Blvd., Suite 1010
   Uniondale, NY 11553
   516 248 1706
   JAsselta@ForchelliLaw.com
  *Attorneys for Stalco Construction Inc.*

To: Ante Markota
   811 Rugby Rd.

Phillipsburg, NJ 08864

To: European Copper Specialties, Inc.
   58 Irvine Turner Blvd.
   Newark, NJ 07108