# Alterman & Boop LLP

299 Broadway – Suite 1310
New York, NY 10003
212-226-2800

**Daniel L. Alterman, Ret.**
**Arlene F. Boop**

Writer's email:  aboop@altermanboop.com

July 14, 20215

**VIA ECF**

The Honorable Debra Freeman, U.S.M.J.
U.S. District Court for the Southern District of New York
**Daniel Patrick Moynihan United States Courthouse**
500 Pearl Street
New York, NY  10007-1312

    Re:    **Solouk, et al. v. European Copper Specialists, Inc., et al.**
              **Civil Action No. 14-cv-8954-VEC-DF**

Dear Judge Freeman,

      This letter will confirm that neither Plaintiffs nor Defendant Stalco in this matter intend to proceed with the proposed inquest as to damages relative to defaulting Defendants European Copper Specialists, Inc. and Ante Markota.

                                              Respectfully yours,

                                              ALTERMAN & BOOP LLP

                                          By:_____
                                                    ARLENE F. BOOP

cc:    Joseph Asselta, Esq. (Via e mail and ECF)
        Glen Savits, Esq. (Via e mail and ECF)