UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLEG SOLOUK, et al.,

Plaintiffs,

-against-

EUROPEAN COPPER SPECIALISTS, INC.,
et al.,

Defendants.

---

14cv08954 (DF)

**ORDER OF DISCONTINUANCE**

**DEBRA FREEMAN, United States Magistrate Judge:**

All parties to this action having consented pursuant to 28 U.S.C. § 636(c) to the

undersigned exercising jurisdiction over this matter and conducting all proceedings herein; and

the Court having been informed that the parties have reached an agreement in principle

to resolve Plaintiffs' claims against defendants against Stalco Construction, Inc. ("Stalco"),

Kevin G. Harney, Alan Nahmias, and Joseph Serpe (collectively, the "Stalco Defendants"); and

the Court having further been informed that neither Plaintiffs nor Stalco wish to proceed with a

damages inquest on their claims against defendants European Copper Specialists, Inc. and Ante

Markota, who are currently in default; it is hereby ORDERED that:

This action be, and hereby is, discontinued with prejudice and without costs, provided,

however, that within 30 days of the date of this Order, if the parties' written documentation of

the settlement between Plaintiffs and the Stalco Defendants is not completed, Plaintiffs may

apply by letter for the restoration of the action to the active calendar of the Court.

Dated:   New York, New York
         July 16, 2021

                              SO ORDERED

                              _____
                              DEBRA FREEMAN
                              United States Magistrate Judge

Copies to:

All counsel (via ECF)